UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jean Green, | Court File No._____ |
| Plaintiff, | |
| v. | **NOTICE FOR REMOVAL** |
| Wells Fargo Bank, N.A., | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA:

Petitioners\Defendants respectfully show and allege the following in support of their Petition for Removal.

1. Petitioners are the Defendants in an action commenced against them in Dakota County District Court entitled <u>Jean Green v. Wells Fargo Bank, N.A.</u>.  A true and correct copy of the Summons and Complaint served upon petitioners is attached as Exhibit "A".  No further proceedings have taken place in the state action.

2. Plaintiff, Jean Green, is and was at all relevant times a citizen who resides in Ely, County of St. Louis and in the State of Minnesota. Petitioner\Defendant Wells Fargo Bank, N.A. is and at all relevant times a citizen and a National Banking Association in the State of South Dakota with its principal place of business in City of Sioux Falls in the State of South Dakota.

3. Complete diversity exists among the parties to this action and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Based upon the foregoing, this Court has original jurisdiction for this matter pursuant to 28 U.S.C. § 1332, and the entire matter is one which may be removed to this Court pursuant to 28 U.S.C. § 1441.

5. The Summons and Complaint in the state action was served on Defendant on or about December 21, 2018, and Petitioner\Defendant has filed this Notice to Remove within thirty (30) days after service of the Summons and Complaint.

WHEREFORE, Petitioner\Defendant prays that the state action pending against them be removed to this Court.

Dated:   January 7   , 2019.        Lind, Jensen, Sullivan & Peterson
                                    A Professional Association


                                            s\Brian A. Wood
                                    By_____
                                         Brian A. Wood   #141690
                                    Attorneys for Defendant
                                    1300 AT&T Tower
                                    901 Marquette Avenue South
                                    Minneapolis, Minnesota 55402
                                    (612) 746-0151
                                    *brian.wood@lindjensen.com*